IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00735-MJW

VICTOR VASQUEZ,

Plaintiff,

v.

FIRST TRANSIT,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion [for] Appointment of Counsel (Docket No. 48) is GRANTED, albeit not pursuant to the statute cited by plaintiff.  An appointment order will enter separately.

Date: June 18, 2015