IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 15-cv-01135-CMA-MJW

DAVINA L. ENGLAND,

    Plaintiffs,

v.

STANDARD INSURANCE COMPANY,

    Defendant.

---

**ORDER**

---

    THE COURT, having reviewed the Stipulation for Dismissal With Prejudice (Doc. 24), and having reviewed the Court's file, hereby orders that this matter be dismissed with prejudice, each party to pay his, her and its own attorney fees and costs.

    DATED January 20, 2016

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge